*OLF3 (Official Local Form 3)*
*Effective December 1, 2017*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                 Case No.:
    **Keith T. Caldwell**                                  Chapter 13
        Debtor(s)

**CHAPTER 13 PLAN**

*Check one.* This plan is:
- [x] Original
- [ ] Amended *(Identify First, Second, Third, etc.)*
- [ ] Postconfirmation *(Date Order Confirming Plan Was Entered:* _____ *)*

Date this plan was filed:    **June 26, 2019**

---

| PART 1: | NOTICES |
|---|---|

**TO ALL INTERESTED PARTIES:**
You should review carefully the provisions of this Plan as your rights may be affected. In the event the Court enters an order confirming this Plan, its provisions may be binding upon you. The provisions of this Plan are governed by statutes and rules of procedure, including Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the Massachusetts Local Bankruptcy Rules ("MLBR"), and, in particular, the Chapter 13 rules set forth in Appendix 1 of MLBR, all of which you should consult.

**TO CREDITORS:**
Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated. Read this Plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one. If you oppose this Plan's treatment of your claim or any other provision of this Plan, you or your attorney **must** file with the Court an objection to confirmation on or before the later of (i) thirty (30) days after the date on which the first Meeting of Creditors pursuant to 11 U.S.C. § 341 is held or (ii) thirty (30) days after service of an amended or modified Plan, unless the Court orders otherwise. A copy of your objection must be served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee (the "Trustee"). The Bankruptcy Court may confirm this Plan if no objection to confirmation is filed or if it overrules an objection to confirmation. You have received or will receive a Notice of Chapter 13 Bankruptcy Case from the Bankruptcy Court which sets forth certain deadlines, including the bar date for filing a Proof of Claim. **To receive a distribution, you must file a Proof of Claim.**

**TO DEBTOR(S):**
You (or your attorney) are required to serve a copy of this Plan on all creditors in the manner required under the Bankruptcy Code, the Fed. R. Bankr. P., and MLBR. Unless the Court orders otherwise, you must commence making payments not later than the earlier of (i) thirty (30) days after the date of the filing of this Plan or (ii) thirty (30) days after the order for relief. **You must check a box on each line below to state whether or not this Plan includes one or more of the following provisions. If you check the provision "Not Included," if you check both boxes, or if you do not check a box, any of the following provisions will be void if set forth later in this Plan. Failure to properly complete this section may result in denial of confirmation of this Plan.**

**FOR EACH LINE BELOW, DO NOT CHECK BOTH BOXES; DO NOT LEAVE BOTH BOXES BLANK.**

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Part 3.B.1, which may result in a partial payment or no payment at all to the secured creditor.** | [ ] Included | [x] Not Included |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Part 3.B(3).** | [x] Included | [ ] Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | [ ] Included | [x] Not Included |

---

| PART 2: | PLAN LENGTH AND PAYMENTS |
|---|---|

**A.**    **LENGTH OF PLAN:**

- [ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
- [ ] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

- [x] 60 Months. 11 U.S.C. § 1322(d)(2). The Debtor(s) states the following cause: Due to Feasibility.

**B.**    **PROPOSED MONTHLY PAYMENTS:**

| Monthly Payment Amount | Number of Months |
|---|---|
| $590.00 | 60 |

**C.**   **ADDITIONAL PAYMENTS:**

*Check one.*

☑   **None.** *If "None" is checked, the rest of Part 2.C need not be completed and may be deleted from this Plan.*

**The total amount of Payments to the Trustee [B+C]:**                     $35,400.00.
*This amount must be sufficient to pay the total cost of this Plan in Exhibit 1, Line h.*

| PART 3: | SECURED CLAIMS |
|---|---|

☐   **None.** *If "None" is checked, the rest of Part 3 need not be completed and may be deleted from this Plan.*

**A.**   **CURE OF DEFAULT AND MAINTENANCE OF PAYMENTS:**

*Check one.*

☐   **None.** *If "None" is checked, the rest of Part 3.A need not be completed and may be deleted from this Plan.*
☑   **Any Secured Claim(s) in default shall be cured and payments maintained as set forth in (1) and/or (2) below.**
*Complete (1) and/or (2).*

**(1) PREPETITION ARREARS TO BE PAID THROUGH THIS PLAN**

Prepetition arrearage amounts are to be paid through this Plan and disbursed by the Trustee. Unless the Court orders otherwise, the amount(s) of prepetition arrears listed in an allowed Proof of Claim controls over any contrary amount(s) listed below. Unless the Court orders otherwise, if relief from the automatic stay is granted as to any collateral listed in this paragraph, all payments paid through this Plan as to that collateral will cease upon entry of the order granting relief from stay.

(a) Secured Claim(s) (Principal Residence)
Address of the Principal Residence:   **10 Keith Drive Attleboro, MA 02703**
The Debtor(s) estimates that the fair market value of the Principal Residence is: $   **425,000.00**

| Name of Creditor | Type of Claim (*e.g., mortgage, lien*) | Amount of Arrears |
|---|---|---|
| Specialized Loan Servicing/SLS | Mortgage | 10 Keith Drive Attleboro, MA 02703 Bristol County | $29,685.00 |

Total of prepetition arrears on Secured Claim(s) (Principal Residence): $**29,685.00**

(b) Secured Claim(s) (Other)

| Name of Creditor | Type of Claim | Description of Collateral (*or address of real property*) | Amount of Arrears |
|---|---|---|---|
| | | | |

Total of prepetition arrears on Secured Claim(s) (Other): $**0.00**
Total prepetition arrears to be paid through this Plan [(a) + (b)]: $**29,685.00**

**(2) MAINTENANCE OF CONTRACTUAL INSTALLMENT PAYMENTS (TO BE PAID DIRECTLY TO CREDITORS):**

Contractual installment payments are to be paid directly by the Debtor(s) to creditor(s). The Debtor(s) will maintain the contractual installment payments as they arise postpetition on the secured claims listed below with any changes required by the applicable contract and noticed in conformity with any applicable rules.

| Name of Creditor | Type of Claim | Description of Collateral |
|---|---|---|
| Specialized Loan Servicing/SLS | Mortgage | 10 Keith Drive Attleboro, MA 02703 Bristol County |

**B.**   **MODIFICATION OF SECURED CLAIMS:**

*Check one.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐　**None.** *If "None" is checked, the rest of Part 3.B need not be completed and may be deleted from this Plan.*
☑　**Secured Claim(s) are modified as set forth in 1, 2, and/or 3 below.** *Complete 1, 2, and/or 3 below.*

**(1) REQUEST FOR VALUATION OF SECURITY, PAYMENT OF FULLY SECURED CLAIMS, AND MODIFICATION OF UNDERSECURED CLAIMS UNDER 11 U.S.C. § 506:**

☑　**None.** *If "None" is checked, the rest of Part 3.B.1 need not be completed and may be deleted from this Plan.*

**(2) SECURED CLAIMS EXCLUDED FROM 11 U.S.C. § 506:**

☑　**None.** *If "None" is checked, the rest of Part 3.B.2 need not be completed and may be deleted from this Plan.*

**(3) LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f):**

☐　**None.** *If "None" is checked, the rest of Part 3.B.3 and Exhibits 3 and 4 need not be completed and may be deleted from this Plan.*

*The following Plan provisions of Part 3.B.3 are effective only if the box "Included" in Part 1, Line 1.2 is checked.*

The judicial lien(s) and/or nonpossessory, nonpurchase-money security interest(s) securing the claim(s) listed below impairs exemptions to which the Debtor(s) would have been entitled under 11 U.S.C. § 522(b).

Subject to 11 U.S.C. § 349(b), a judicial lien or nonpossessory, nonpurchase-money security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the Order confirming this Plan. The amount of the judicial lien or nonpossessory, nonpurchase-money security interest that is avoided will be treated as a nonpriority unsecured claim in Part 5 if a Proof of Claim has been filed and allowed. The amount, if any, of the judicial lien or nonpossessory, nonpurchase-money security interest that is not avoided will be paid in full as a secured claim under this Plan provided a Proof of Claim is filed and allowed.

*For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall include the information below. The Debtor(s) also shall complete the chart set forth in Exhibit 3 to this Plan and shall attach to Exhibit 3 a true and accurate copy of the document evidencing such judicial lien as filed or recorded with filing or recording information included. The Debtor(s) shall include the evidentiary basis for the valuation asserted. For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall provide a proposed form(s) of order as Exhibit 4 conforming to Official Local Form 21A. If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table in Exhibit 3 for each lien, and identify the tables as Exhibit 3.1, 3.2, etc.*

*The claim(s) identified below must also be set forth in Exhibit 3.*

| Name of Creditor | Exhibit Table<br>(*e.g., 3.1, 3.2, 3.3*) |
|---|---|
| Kelly A. Brousseau | 3.1 |

**Total Claim(s) under Part 3.B.3 to be paid through this Plan: $0.00**

**C.**　**SURRENDER OF COLLATERAL:**

*Check one.*

☑　**None.** *If "None" is checked, the rest of Part 3.C need not be completed and may be deleted from this Plan.*

**PART 4:**　　　　　　　　　　　　　　　　**PRIORITY CLAIMS**

*Check one*

☑　**None.** *If "None" is checked, the rest of Part 4 need not be completed and may be deleted from this Plan.*

**PART 5:**　　　　　　　　　　　　　　**NON PRIORITY UNSECURED CLAIMS**

*Check one.*

☐　**None.** *If "None" is checked, the rest of Part 5 need not be completed and may be deleted from this Plan.*
☑　**Any allowed nonpriority unsecured claim(s) other than those set forth in Part 5.F will be paid as stated below. Only a creditor holding an allowed claim is entitled to a distribution.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy

☑ Fixed Amount ("Pot Plan"): each creditor with an allowed claim shall receive a pro rata share of $ __2,175.00__ , which the Debtor(s) estimates will provide a dividend of __2.02__ %.

☐ Fixed Percentage: each creditor with an allowed claim shall receive no less than ___% of its allowed claim.

**A.      GENERAL UNSECURED CLAIMS:**                                                                    $**107,553.39**

**B.      UNSECURED OR UNDERSECURED CLAIMS AFTER MODIFICATION IN PART 3.B OR 3.C:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Kelly A. Brousseau | 10 Keith Drive Attleboro, MA 02703 Bristol County | $61,198.39 |

**C.      NONDISCHARGEABLE UNSECURED CLAIMS (*e.g., student loans*):**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

**D.      CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR LEASES:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**E.      TOTAL TO BE PAID TO NONPRIORITY UNSECURED CREDITORS THROUGH THIS PLAN:**

**The amount paid to nonpriority unsecured creditor(s) is not less than that required under the Liquidation Analysis set forth in Exhibit 2.**

**Total Nonpriority unsecured Claims [A + B + C + D]: $168,751.78**

Enter Fixed Amount (Pot Plan) or multiply total nonpriority unsecured claim(s) by Fixed Percentage and enter that amount: **$2,175.00**

**F.      SEPARATELY CLASSIFIED UNSECURED CLAIMS (*e.g., co-borrower*):**

| Name of Creditor | Description of Claim | Amount of Claim | Treatment of Claim | Basis for Separate Classification |
|---|---|---|---|---|
| -NONE- | | | | |

**Total of separately classified unsecured claim(s) to be paid through this Plan: $0.00**

**PART 6:                  EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

*Check one.*

☑          **None.** *If "None" is checked, the rest of Part 6 need not be completed and may be deleted from this Plan.*

**PART 7:                  POSTCONFIRMATION VESTING OF PROPERTY OF THE ESTATE**

If the Debtor(s) receives a discharge, property of the estate will vest in the Debtor(s) upon entry of the discharge. If the Debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

**PART 8:                  NONSTANDARD PLAN PROVISIONS**

☑          **None.** *If "None" is checked, the rest of Part 8 need not be completed and may be deleted from this Plan.*

☐          **This Plan includes the following nonstandard provisions.** *Under Fed. R. Bankr. P. 3015(c), each nonstandard provision must be set forth below in a separately numbered sentence or paragraph. A nonstandard provision is a provision not otherwise included in Official Local Form 3, or which deviates from Official Local Form 3. Nonstandard provisions set forth elsewhere in this Plan are ineffective. To the extent the provisions in Part 8 are inconsistent with other provisions of this Plan, the provisions of Part 8 shall control if the box "Included" is checked in Part 1, Line 1.3.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

## PART 9:                                    SIGNATURES

By signing this document, Debtor(s) acknowledges reviewing and understanding the provisions of this Plan and the Exhibits filed as identified below.

By signing this document, the Debtor(s) and, if represented by an attorney, the attorney for the Debtor(s), certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 3, including the Exhibits identified below, other than any Nonstandard Plan Provisions in Part 8.

| | |
|---|---|
| **/s/ Keith T. Caldwell** | **June 25, 2019** |
| **Keith T. Caldwell** | Date |
| Debtor | |
| | |
| Debtor | Date |
| | |
| **/s/ Richard D. Smeloff**    Date | **June 25, 2019** |

Signature of attorney for Debtor(s)
**Richard D. Smeloff 567869**
**567869 MA**
**Smeloff & Associates**
**500 Granite Ave**
**Suites 7&8**
**Milton, MA 02186**
**617-690-2124**
**rsmeloff@msn.com**

The following Exhibits are filed with this Plan:

☑ **Exhibit 1: Calculation of Plan Payment***
☑ Exhibit 2: Liquidation Analysis*
☑ Exhibit 3: Table for Lien Avoidance under 11 U.S.C. § 522(f)**
☑ Exhibit 4: [Proposed] Order Avoiding Lien Impairing Exemption**

| |
|---|
| *List additional exhibits if applicable.* |
| |

*Denotes a required Exhibit in every plan
**Denotes a required Exhibit if the box "Included" is checked in Part 1, Line 1.2.

**Total number of Plan pages, included Exhibits: 9**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT 1**

**CALCULATION OF PLAN PAYMENT**

| | | |
|---|---|---:|
| a) | Secured claims (Part 3.A and Part 3.B.1-3 Total): | **$29,685.00** |
| b) | Priority claims (Part 4.A and Part 4.B Total): | **$0.00** |
| c) | Administrative expenses (Part 4.C.1 and 4.C.2 Total): | **$0.00** |
| d) | Nonpriority unsecured claims (Part 5.E Total): | **$2,175.00** |
| e) | Separately classified unsecured claims (Part 5.F Total): | **$0.00** |
| f) | Executory contract/lease arrears claims (Part 6 Total): | **$0.00** |
| g) | Total of (a) + (b) + (c) + (d) + (e) + (f): | **$31,860.00** |
| h) | Divide (g) by .90 for total Cost of Plan including the Trustee's fee: | **$35,400.00** |
| i) | Divide (h), Cost of Plan, by term of Plan, **60** months: | **$590.00** |
| j) | Round **up** to the nearest dollar amount for Plan payment: | **$590.00** |

*If this is either an amended Plan and the Plan payment has changed, or if this is a postconfirmation amended Plan, complete(a) through (h) only and the following***:**

| | | |
|---|---|---|
| k) | Enter total amount of payments the Debtor(s) has paid to the Trustee: | |
| l) | Subtract line (k) from line (h) and enter amount here: | |
| m) | Divide line (l) by the number of months remaining ( months): | |
| n) | Round up to the nearest dollar amount for amended Plan payment: | |

Date the amended Plan payment shall begin: _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT 2**

**LIQUIDATION ANALYSIS**

## A. REAL PROPERTY

| Address<br>(*Sch. A/B, Part 1*) | Value<br>(*Sch. A/B, Part 1*) | Lien<br>(*Sch. D, Part 1*) | Exemption<br>(*Sch. C*) |
|---|---|---|---|
| **10 Keith Drive Attleboro, MA 02703  Bristol County** | **425,000.00** | **260,065.39** | **500,000.00** |

| | |
|---|---|
| **Total Value of Real Property** (*Sch. A/B, line 55*): | **$  425,000.00** |
| **Total Net Equity for Real Property** (*Value Less Liens*): | **$  164,934.61** |
| **Less Total Exemptions for Real Property** (*Sch. C*): | **$  164,934.61** |
| **Amount Real Property Available in Chapter 7:** | **$  0.00** |

## B. MOTOR VEHICLES

| Make, Model and Year<br>(*Sch. A/B, Part 2*) | Value<br>(*Sch. A/B, Part 2*) | Lien<br>(*Sch. D, Part 1*) | Exemption<br>(*Sch. C*) |
|---|---|---|---|
| **2005 Chevy Silverado 1500 200,000 miles** | **2,900.00** | **0.00** | **2,900.00** |

| | |
|---|---|
| **Total Value of Motor Vehicles** (*Sch. A/B, line 55*): | **$  2,900.00** |
| **Total Net Equity for Motor Vehicles** (*Value Less Liens*): | **$  2,900.00** |
| **Less Total Exemptions for Motor Vehicles** (*Sch. C*): | **$  2,900.00** |
| **Amount Motor Vehicle Available in Chapter 7:** | **$  0.00** |

## C. ALL OTHER ASSETS (*Sch. A/B Part 2, no. 4; Part 3 through Part 7. Itemize.*)

| Asset | Value | Lien<br>(*Sch. D, Part 1*) | Exemption<br>(*Sch. C*) |
|---|---|---|---|
| **Household Furnishings** | **2,500.00** | **0.00** | **2,500.00** |
| **Misc. Electronics** | **1,500.00** | **0.00** | **1,500.00** |
| **Misc. Firearms** | **2,000.00** | **0.00** | **2,000.00** |
| **Clothing** | **150.00** | **0.00** | **150.00** |
| **Misc. Jewelry** | **50.00** | **0.00** | **50.00** |
| **Cash** | **25.00** | **0.00** | **25.00** |
| **Checking: TD Bank** | **79.00** | **0.00** | **79.00** |
| **Checking: Bristol County Bank** | **300.00** | **0.00** | **300.00** |

| | |
|---|---|
| **Total Value of All Other Assets:** | **$  6,604.00** |
| **Total Net Equity for All Other Assets**  (*Value Less Liens*): | **$  6,604.00** |
| **Less Total Exemptions for All Other Assets:** | **$  6,604.00** |
| **Amount of All Other Assets Available in Chapter 7:** | **$  0.00** |

## D. SUMMARY OF LIQUIDATION ANALYSIS

| Amount available in Chapter 7 | Amount |
|---|---|
| A. Amount Real Property Available in Chapter 7 (*Exhibit 2, A*) | $                    0.00 |
| B. Amount Motor Vehicles Available in Chapter 7 (*Exhibit 2, B*) | $                    0.00 |
| C. Amount All Other Assets Available in Chapter 7 (*Exhibit 2, C*) | $                    0.00 |

**TOTAL AVAILABLE IN CHAPTER 7:**          $ _____ 0.00

## E. ADDITIONAL COMMENTS REGARDING LIQUIDATION ANALYSIS:

| |
|---|
| |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**EXHIBIT 3.1**
**TABLE FOR LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f)**

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit as 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| Information Regarding Judicial Lien or Security Interest | | |
|---|---|---|
| Name of Debtor(s):* | **Keith T. Caldwell** | |
| Name of Creditor: | **Kelly A. Brousseau** | |
| Collateral: | **10 Keith Drive Attleboro, MA 02703  Bristol County** | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | **Judgment Lien** **Judgment Date 8/15/2014** **Lien Recorded 9/30/2014** **Book 21908 Page 118** | |
| **Calculation of Lien Avoidance** | | |
| (a) Amount of lien: | $ | **61,198.39** |
| (b) Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | $ | **198,867.00** |
| (c) Value of claimed exemptions: | $ | **500,000.00** |
| (d) Total (a), (b), and (c): | $ | **760,065.39** |
| (e) Value of interest in property of the Debtor(s):*** | $ | **425,000.00** |
| (f) Subtract (e) from line (d): Extent of exemption impairment: (check applicable box below) | $ | **335,065.39** |
| ☑ The entire lien is avoided as (f) is equal to or greater than (a). (*Do not complete the next section.*) | | |
| ☐ A portion of the lien is avoided as (f) is less than (a). (*Complete the next section.*) | | |
| **Treatment of Remaining Secured Claim** | | |
| Amount of secured claim after avoidance (*subtract (f) from (a)*): | $ | |
| Interest Rate (if applicable): | % | |
| Monthly payment on secured claim | $ | |
| Estimated total payment on secured claim | $ | |
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☐ Individual Debtor | ☐ Joint Debtors |
| | Name: | |
| **Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included. | | |
| ***Describe the evidentiary basis for the value of the interest in property of the Debtor(s): | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

*OLF21A (Official Local Form 21A)*

**EXHIBIT 4.1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                                                          Case No.:
    **Keith T. Caldwell**                                                                Chapter 13

                   Debtor(s)

**ORDER AVOIDING LIEN IMPAIRING EXEMPTION\***

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  **Kelly A. Brousseau**   pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 6) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  **Kelly A. Brousseau**   recorded on **9/30/2014** at **Bristol County Registry of Deeds** at **Book 21908 Page 118** impairs the Debtor(s)' exemption in   **10 Keith Drive Attleboro, MA 02703  Bristol County**   (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

                    By the Court,

                    _____
                    United States Bankruptcy Judge

*\* This Exhibit may be modified to address each lien listed in Table*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

SAMPLE IMAGE    SAMPLE IMAGE

Bk: 21908 Pg: 118

Bk: 21908 Pg: 118  Page: 1 of 2
Doc: EXON 09/30/2014 01:11 PM
ATTEST: Barry J. Amaral, Register
Bristol County North Registry of Deeds

IMAGE        SAMPLE IMAGE        SAMPLE

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 1434CV000432 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| CASE NAME Kelly A Brousseau v. Keith Caldwell A/K/A Keith T Caldwell | | |
| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED Keith Caldwell A/K/A Keith T Caldwell 10 Keith Drive Attleboro, MA 02703 | COURT NAME & ADDRESS Attleboro District Court 88 North Main Street Attleboro, MA 02703 | |
| | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED Kelly A Brousseau | |
| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION Victor Shapiro, Esq. Shapiro Dorry Masterson, LLC 145 Waterman Street Providence, RI 02906 | FURTHER ORDERS OF THE COURT | |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:
WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 60,957.73 |
| 2. Date Judgment Entered. | 08/15/2014 |
| 3. Date Execution Issued | 08/27/2014 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 12 |
| 5. Annual Postjudgment Interest Rate | 0.12 |
| 6. Postjudgment Interest from Judgment to Execution (lines 1x4x5) | $240.66 |
| 7. Postjudgment Costs (if any) | $ |
| 8. Credits (if any) | $ |
| 9. EXECUTION TOTAL ( Lines 1 + 6 + 7, minus Line 8) | $61,198.39 |
| LEVYING OFFICER: (a) Add daily interest from date execution issued. | |
| (b) Add your fees as provided by law: | |

| TITLE OF FIRST JUSTICE WITNESS:  Hon. Daniel J O'Shea | DATE EXECUTION ISSUED 08/27/2014 | CLERK-MAGISTRATE/ASST. CLERK x |
|---|---|---|

www.mass.gov/courts



BRISTOL COUNTY DEPUTY SHERIFF

SAMPLE IMAGE         SAMPLE IMAGE         Bk: 21908 Pg: 119

MAGE         SAMPLE IMAGE         SAMPLE



## THE COMMONWEALTH OF MASSACHUSETTS
### OFFICE OF THE SHERIFF
*County of Bristol*

## THOMAS M. HODGSON, SHERIFF

108 Court Street - P.O. BOX 8928 - New Bedford, Massachusetts 02740-8928

TEL: 508-992-6631
FAX: 508-991-8916

**PETER W. BERTHIAUME**
*ASSISTANT SUPERINTENDENT*

Date: 9/30/2014

Plaintiff: Kelly A. Brousseau

Plaintiff's Attorney:  Shapiro, Dorry, Masterson
145 Waterman Street Providence, RI 02906
Attorney's telephone number:  401-455-0002

RETURN TO

Defendant:  Keith Caldwell aka Keith T. Caldwell
10 Keith Drive Attleboro, MA 02703

Book: 12843 Page: 32

Court: Attleboro District    Execution # 143ACVD00432

The land in Attleboro, Bristol County, Massachusetts, bounded and described as follows:

Being Lot 81 on plan of land entitled "Plan of House Lots on Keith Drive, dated January 1964, S.L. Holton," on file at the Bristol County Northern District Registry of Deeds in Plan Book 10 at Page 100. Said land is further described as follows:

Beginning in the northerly line of Keith Drive at a point 151.51 feet easterly from the easterly line of North Main Street; thence running along Keith Drive 223.27 feet; thence running northerly by Lot #2 (Kerzner) 73.94 feet; thence turning an interior angle of 77 23'19" and running westerly 232.52 feet; thence running S. 56 20' E. along land of Campbell, 56.00 feet; thence turning a right angle and running 20 feet westerly to the point of beginning.

PROPERTY ADDRESS:   10 Keith Drive Attleboro, Massachusetts 02703

By virtue of the attached execution, the original of which is in my hands for the purpose of taking the above described real estate, I have this day levied upon, seized and taken all right, title and interest that the within named Judgment Debtor had in such real estate in Bristol County.

Attached is a true copy of this execution on the above so much of my return as relates to the levying upon, seizure, and taking of this real estate on the execution.

And immediately afterward, I suspended the further levy on this execution upon the above described real estate by written request of the attorney for the within named judgment creditor.

_____
Deputy Sheriff

Acushnet • Attleboro • Berkley • Dartmouth • Dighton • Easton • Fairhaven • Fall River • Freetown • Mansfield
New Bedford • North Attleboro • Newton • Raynham • Rehoboth • Seekonk • Somerset • Swansea • Taunton • Westport

End of Document



# Comparative Market Analysis

To establish market value of

## 10 Keith Dr
## Attleboro, MA

**Prepared for Keith Caldwell**
**By Regina Gariepy**



# 10 Keith Dr
# Attleboro, MA 02703

**Bedrooms :**

3

**Bathrooms :**

2.5

**Living Area (Square Feet) :**

3004

**Lot Size (Square Feet) :**

16608

**Year Built :**

1955

Estimated Value $425,000.00

**Prepared for Keith Caldwell**

## Market Analysis Summary
### Prepared for Keith Caldwell

## Properties Currently For Sale

Number of Properties: 4
Price Range: $437,900 to $450,000
Average Price: $441,925
Median Price: $439,900

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|------|------|------|
| 7 Twins Cir | Attleboro, MA | 3 | 2 | 1 | 2484 | 77 | $437,900 |
| Lot 5 Dale Ct Extension | Attleboro, MA | 3 | 2 | 1 | 1768 | 52 | $439,900 |
| Lot 6 Dale Ct Extension | Attleboro, MA | 3 | 2 | 1 | 1768 | 52 | $439,900 |
| 366 Lindsey Street | Attleboro, MA | 3 | 2 | 1 | 1796 | 12 | $450,000 |

## Market Analysis Summary
### Prepared for Keith Caldwell

# Properties Currently Under Contract

Number of Properties: 3
Price Range: $409,900 to $454,900
Average Price: $434,900
Median Price: $439,900

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|------|------|------|
| 27 Chesett Lane | Attleboro, MA | 3 | 2 | 1 | 2300 | 20 | $409,900 |
| Lot 2 Dale Ct Extension | Attleboro, MA | 3 | 2 | 1 | 1872 | 36 | $439,900 |
| 173 Holden | Attleboro, MA | 4 | 3 | 0 | 2611 | 19 | $454,900 |

## Market Analysis Summary
### Prepared for Keith Caldwell

## Properties Recently Sold

Number of Properties: 3
Price Range: $414,500 to $430,000
Average Price: $421,500
Median Price: $420,000

| Address | City | Beds | Baths Full | Baths Half | Living Area (Square Feet) | Days on Market | List Price | Sale Price | SP% of LP |
|---------|------|------|------|------|------|------|------|------|------|
| 209 Handy Street | Attleboro, MA | 3 | 2 | 1 | 1900 | 18 | $410,000 | $414,500 | 101% |
| 34 Zarek Drive | Attleboro, MA | 3 | 2 | 1 | 2700 | 50 | $425,000 | $420,000 | 99% |
| 333 S Main St | Attleboro, MA | 4 | 2 | 1 | 2796 | 157 | $454,900 | $430,000 | 95% |

# Property Comparisons
## Prepared for Keith Caldwell

  

| | Lot 5 Dale Ct Extension Attleboro, MA 02703 | Lot 6 Dale Ct Extension Attleboro, MA 02703 | 366 Lindsey Street Attleboro, MA 02703 |
|---|---|---|---|
| MLS # | 72493908 | 72493909 | 72518223 |
| Status | Active | Active | Active |
| List Price | $439,900 | $439,900 | $450,000 |
| Sale Price | | | |
| List Date | 5/4/2019 | 5/4/2019 | 6/13/2019 |
| Off Market Date | | | |
| Sale Date | | | |
| Days on Market | 52 | 52 | 12 |
| Style | Colonial | Colonial | Colonial |
| Bedrooms | 3 | 3 | 3 |
| Full Baths | 2 | 2 | 2 |
| Half Baths | 1 | 1 | 1 |
| Total Rooms | 6 | 6 | 6 |
| Square Feet | 1768 | 1768 | 1796 |
| Acres | 0.19 | 0.18 | 0.79 |
| Lot Size (sq.ft.) | 8442 | 7687 | 34375 |
| Year Built | 2019 | 2019 | 2014 |
| Fireplaces | 0 | 0 | 1 |
| Garage Spaces | 0 | 0 | 2 |
| Garage Desc | | | Under, Garage Door Opener, Sid... |
| Basement Desc | Full, Bulkhead, Unfinished Bas... | Full, Bulkhead, Unfinished Bas... | Full, Garage Access, Concrete ... |
| Int. Features | | | Cable Available |
| Ext. Features | Deck, Professional Landscaping | Deck, Professional Landscaping | Porch, Deck, Gutters |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $999 | $999 | $433,600 |
| Taxes | $999 | $999 | $6,139.78 |
| Tax Year | 2019 | 2019 | 2019 |

# Property Comparisons
## Prepared for Keith Caldwell





| | 7 Twins Cir<br>Attleboro, MA 02703 | 27 Chesett Lane<br>Attleboro, MA 02703 | Lot 2 Dale Ct Extension<br>Attleboro, MA 02703 |
|---|---|---|---|
| MLS # | 72479427 | 72492105 | 72489143 |
| Status | Extended | Under Agreement | Under Agreement |
| List Price | $437,900 | $409,900 | $439,900 |
| Sale Price | | | |
| List Date | 4/9/2019 | 5/1/2019 | 4/26/2019 |
| Off Market Date | | 5/21/2019 | 5/31/2019 |
| Sale Date | | | |
| Days on Market | 77 | 20 | 36 |
| Style | Colonial | Colonial | Colonial |
| Bedrooms | 3 | 3 | 3 |
| Full Baths | 2 | 2 | 2 |
| Half Baths | 1 | 1 | 1 |
| Total Rooms | 7 | 6 | 6 |
| Square Feet | 2484 | 2300 | 1872 |
| Acres | 0.98 | 0.4 | 0.24 |
| Lot Size (sq.ft.) | 42651 | 17400 | 10437 |
| Year Built | 2003 | 1996 | 2019 |
| Fireplaces | 1 | 1 | 0 |
| Garage Spaces | 2 | 0 | 0 |
| Garage Desc | Attached | | |
| Basement Desc | Full, Finished, Walk Out | Full, Partially Finished | Full, Bulkhead, Unfinished Bas... |
| Int. Features | | | |
| Ext. Features | Deck, Deck - Wood, Storage She... | Deck - Wood, Storage Shed | Deck, Professional Landscaping |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $402,500 | $343,900 | $999 |
| Taxes | $5,051 | $5,200 | $999 |
| Tax Year | 2019 | 2018 | 2019 |

# Property Comparisons
## Prepared for Keith Caldwell

  

| | 173 Holden Attleboro, MA 02703 | 209 Handy Street Attleboro, MA 02703 | 34 Zarek Drive Attleboro, MA 02703 |
|---|---|---|---|
| MLS # | 72509314 | 72440676 | 72450150 |
| Status | Under Agreement | Sold | Sold |
| List Price | $454,900 | $410,000 | $425,000 |
| Sale Price | | $414,500 | $420,000 |
| List Date | 5/30/2019 | 1/14/2019 | 2/6/2019 |
| Off Market Date | 6/18/2019 | 1/31/2019 | 3/27/2019 |
| Sale Date | | 3/11/2019 | 4/26/2019 |
| Days on Market | 19 | 18 | 50 |
| Style | Cape | Colonial | Colonial |
| Bedrooms | 4 | 3 | 3 |
| Full Baths | 3 | 2 | 2 |
| Half Baths | 0 | 1 | 1 |
| Total Rooms | 8 | 7 | 9 |
| Square Feet | 2611 | 1900 | 2700 |
| Acres | 0.54 | 0.46 | 0.4 |
| Lot Size (sq.ft.) | 23485 | 19994 | 17468 |
| Year Built | 1948 | 1994 | 1988 |
| Fireplaces | 2 | 1 | 1 |
| Garage Spaces | 2 | 0 | 2 |
| Garage Desc | Attached, Garage Door Opener | | Attached, Garage Door Opener |
| Basement Desc | Full, Partially Finished, Conc... | Full, Finished, Walk Out, Inte... | Full, Interior Access, Sump Pump |
| Int. Features | Cable Available | Cable Available, Internet Avai... | |
| Ext. Features | Deck, Deck - Wood, Gutters, De... | Porch, Patio, Pool - Above Gro... | Porch - Screened |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $413,000 | $317,900 | $341,300 |
| Taxes | $5,848 | $4,711.28 | $5,058.07 |
| Tax Year | 2019 | 2018 | 2018 |

## Property Comparisons
### Prepared for Keith Caldwell



**333 S Main St**
**Attleboro, MA 02703**

| | |
|---|---|
| MLS # | 72379549 |
| Status | Sold |
| List Price | $454,900 |
| Sale Price | $430,000 |
| List Date | 8/15/2018 |
| Off Market Date | 1/19/2019 |
| Sale Date | 3/26/2019 |
| Days on Market | 157 |
| Style | Colonial |
| Bedrooms | 4 |
| Full Baths | 2 |
| Half Baths | 1 |
| Total Rooms | 11 |
| Square Feet | 2796 |
| Acres | 0.95 |
| Lot Size (sq.ft.) | 41338 |
| Year Built | 1750 |
| Fireplaces | 6 |
| Garage Spaces | 2 |
| Garage Desc | Attached |
| Basement Desc | Full, Walk Out, Unfinished Bas... |
| Int. Features | Finish - Sheetrock |
| Ext. Features | |
| Sewer & Water | |
| Waterfront | |
| Beach Desc | |
| Assessed Value | $384,800 |
| Taxes | $5,703 |
| Tax Year | 2018 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:    **Keith Caldwell**                                        Case No.
Chapter 13

**Instructions to Debtor(s):**

A.    Pursuant to MLBR, Appendix 1, Rule 13-4(b), the Debtor(s) or Debtor(s)'s attorney shall cause a copy of
the Plan to be served by first class mail or other permitted means upon the Chapter 13 trustee, all
creditors of the debtor, all attorneys who have filed a notice of appearance and request service of all
pleadings, and other parties in interest (collectively referred to as the "recipients") using this form, Official
Local Form 3A ("OLF 3A"). You must list each recipient's name and mailing address in the Certificate of
Service.  Do not include account numbers or any personal identifier. See Fed. R. Bankr. P. 9037.

B.    **If in the Plan you request:**
    **(1) to limit, modify, or determine the amount of a secured claim (you checked the box "Included" in
Part 1, Line 1.1); and/or**
    **(2) to avoid a judicial lien or nonpossessory, nonpurchase-money security interest (you checked the
box "Included" in Part 1, Line 1.2 ),**

    **you must, in addition to serving the Plan as set forth above in Section A and using OLF 3A, ALSO serve
a copy of this Plan on the holder(s) of the affected claim(s) and any other entity the Court designates
in the manner provided for service in accordance with Fed. R. Bankr. P. 7004, using the Affidavit of
Service of Chapter 13 Plan, Official Local Form 3B ("OLF 3B").**

C.    If serving creditors only under Section A, file only OLF 3A with the Court after service is made. If serving
creditors also under Section B, you must file both OLF 3A and OLF 3B with the Court after service is made.

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I/We hereby certify that on June 26, 2019 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I/we served by
first class United States mail a copy of this Plan to the on the parties on the attached list.

By the Debtor(s):
**Keith Caldwell**

**/s/ Richard D. Smeloff**
Richard D. Smeloff
BBO# 567869
Smeloff & Associates
500 Granite Ave
Suite 7 & 8
Milton MA 02186
(617) 690-2124
rsmeloff@msn.com

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Atlantic Collection Agency
Attn: Bankruptcy
194 Boston Rd
East Lyme, CT 06333

Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Collection
30 Massachusetts Ave
North Andover, MA 01845

Kelly A. Brousseau
48 Patterson Street
Attleboro, MA 02703

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Specialized Loan Servicing/SLS
Attn: Bankruptcy Dept
8742 Lucent Blvd #300
Highlands Ranch, CO 80129

Victor Shapiro, Esq.
Shapiro, Dorry, Masterson, LLC
145 Waterman Street
Providence, RI 02906

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:    **Keith Caldwell**                                    Case No.
                                                                        Chapter 13

### AFFIDAVIT OF SERVICE OF CHAPTER 13 PLAN

   I, Richard D. Smeloff certify that service of a copy of this Plan was made on the creditors and in the manner set forth in the attached list on June 26, 2019.

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and was at all times during the service of a copy of this Plan, not less than 18 years of age and not a party to the matter concerning which service was made.

   I declare that the foregoing is true and correct under penalty of perjury.


Dated:  June 26, 2019                              **/s/ Richard D. Smeloff**
                                                            Richard D. Smeloff
                                                            BBO# 567869
                                                            Smeloff & Associates
                                                            500 Granite Ave
                                                            Suite 7 & 8
                                                            Milton MA 02186
                                                            (617) 690-2124
                                                            rsmeloff@msn.com


**CERTIFIED U.S. POSTAL**

Victor Shapiro, Esq.
Shapiro, Dorry, Masterson LLC
145 Waterman Street
Providence, RI 02906

Kelly A. Brousseau
48 Patterson Street
Attleboro, MA 02703